## STATEMENT OF FACTS

On Tuesday, December 10, 2019 at approximately 6:00 p.m., Officer Cress and Officer Brown of the Metropolitan Police Department (MPD) Third District were on patrol in a vehicle in the 2000 block of 2nd Street Northwest in Washington, D.C. Officers observed a white Toyota vehicle traveling on 2nd Street with no lights running. The officers identified the vehicle as a "GetAround" ride share vehicle.

Officers attempted to get closer to the vehicle to read the license plate number. At that time, the vehicle took off at a high rate of speed. Officers could see the vehicle traveling northbound on North Capitol Street Northeast and they observed the vehicle get into a collision. Officers approached the "GetAround" vehicle. Officer Cress observed two unknown males exit the right passenger side of the vehicle. Officers observed a third black male, recognized by Officer Brown from a previous arrest as Carl Courtney (Defendant Courtney) exit the driver's door of the vehicle. Defendant Courtney was holding his waistband as he exited the vehicle and the officers pursued him on foot. The two unknown males who exited the rear of the vehicle left the area and were not identified.

Officers pursued Defendant Courtney on foot and Officer Cress observed Defendant Courtney reach in his waistband and toss a firearm from his person. Officer Cress immediately stopped and recovered the firearm in front of 4 Girard Street Northeast. Officer Brown continued to pursue Defendant Courtney on foot and was eventually able to place Defendant Courtney under arrest in front of 24 Girard Street Northeast.

The firearm recovered in front of 4 Girard Street Northeast is a Smith & Wesson, model SW40VE, .40 caliber firearm with serial number of RBE4031. At the time it was recovered, the firearm was loaded with one (1) round in the chamber and ten (10) rounds in the fourteen (14) round capacity magazine.

A criminal history check of Defendant Courtney was conducted on the scene and revealed that he was previously convicted of a crime punishable by more than one year. Defendant Courtney was convicted in the Superior Court for the District of Columbia, docket number 2016 CF3 015306, and sentenced to 30 months of incarceration. As a result of that sentence, Defendant Courtney would have known he had been convicted of a crime punishable by more than one year of imprisonment.

There are no firearms or ammunition manufacturers in the District of Columbia, therefore the firearm and ammunition in this case would have traveled in interstate commerce.

_____
OFFICER TYQUAN BROWN
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF DECEMBER, 2019.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE